

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

---

### NO. PD-773-13

---

**LOUIS DOUGLAS ROGERS, Appellant**

**v.**

**THE STATE OF TEXAS**

---

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE FOURTEENTH COURT OF APPEALS
### HARRIS COUNTY

---

*Per curiam.*

### O P I N I O N

Appellant was convicted of murder and sentenced to 99 years in prison. On appeal,

he argued, among other things, that the evidence was insufficient to support the $594 in court

costs assessed against him in the judgment. The Court of Appeals agreed, relying on its own

opinion in *Johnson v. State*, 389 S.W.3d 513 (Tex. App. – Houston [14th Dist.] 2012).

*Rogers v. State*, 402 S.W.3d 410 (Tex. App. – Houston [14th Dist.] 2013).

The State has filed a petition for discretionary review of this decision. We recently handed down our opinion in *Johnson v. State*, No. PD-0193-13, 2014 Tex. Crim. App. LEXIS 240 (Tex. Crim. App. February 26, 2014), in which we set forth a roadmap for resolving questions regarding court costs. *See also Cardenas v. State*, No. PD-0733-13, 2014 Tex. Crim. App. LEXIS 236 (Tex. Crim. App. February 26, 2014).

The Court of Appeals in the instant case did not have the benefit of our opinion in *Johnson*. Accordingly, we grant the State's petition for discretionary review, vacate the judgment of the Court of Appeals, and remand this case to the Court of Appeals in light of our opinion in *Johnson*. We also this day refuse Appellant's petition for discretionary review in this case. No motion for rehearing will be entertained.

DATE DELIVERED: April 16, 2014

PUBLISH